# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   INFORMATION

ANTONIUS GENZARRA BARNES   5:21cr31-MW

_____/

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

On or about November 22, 2019, in the Northern District of Florida, the defendant,

**ANTONIUS GENZARRA BARNES,**

knowingly made a false statement to Innovations Federal Credit Union ("IFCU"), a federally insured financial institution, for the purpose of influencing the action of IFCU in connection with a loan application, that is, the defendant falsely stated that he was not liable for other debts and that he had no legal proceedings filed against him, because the defendant well knew that he was indebted to Whitney Bank, a Mississippi state-chartered bank, d/b/a Hancock Bank ("Hancock Bank"), and that Hancock Bank had filed a civil action against him to collect on said debt.

In violation of Title 18, United States Code, Section 1014.

FILED USDC FLND TL
SEP 29 '21 PM3:37



## CRIMINAL FORFEITURE

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

From his engagement in the violation alleged in Count One of this Information, the defendant,

## ANTONIUS GENZARRA BARNES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

  i. cannot be located upon the exercise of due diligence;
  ii. has been transferred, sold to, or deposited with a third party;
  iii. has been placed beyond the jurisdiction of this Court;
  iv. has been substantially diminished in value; or
  v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

_____  
JASON R. COODY  
Acting United States Attorney

9/22/21  
DATE

_____  
STEPHEN M. KUNZ  
Assistant United States Attorney

9/22/21  
DATE

_____  
ANDREW J. GROGAN  
Assistant United States Attorney

9/22/2021  
DATE